UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
SUSAN FINGER,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :           22 Civ. 4837 (PAE)
                    -v-                                      :
                                                             :           ORDER TO SHOW
SAILPOINT TECHNOLOGIES HOLDINGS, INC. et al.,:                           CAUSE
                                                             :
                              Defendants.                    :
                                                             :
                                                             :
-------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On June 9, 2022, plaintiff Susan Finger ("Finger") filed the complaint in this case,

making the deadline to serve defendants September 8, 2022. Dkt. 1. Since then, Finger has not

served any defendant in the case.

Accordingly, it is hereby ORDERED that Finger shall show cause by October 11, 2022

why the above-captioned action should not be dismissed for failure to prosecute, pursuant to

Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly

submitting a motion for default judgment, pursuant to the Court's Individual Rules, which

requires obtaining a certificate of default issued by the Clerk of Court prior to filing a motion for

default judgment. Failure to submit a timely and proper motion for default judgment will result

in dismissal without prejudice of this case under Rule 41.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: October 3, 2022
       New York, New York

1